# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUBEN SAPIEN, ) | |
|     Plaintiff, ) | |
| ) | 2:11-cv-01347-PMP-RJJ |
| vs. ) | |
| ) | **ORDER** |
| DOUG GILLESPIE, *et al.*, ) | |
|     Defendants. ) | |

    This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On March 27, 2012, the court dismissed all claims asserted by plaintiff in his complaint without prejudice and with leave to file an amended complaint if he was able to cure the deficiencies of the original complaint. (ECF No. 4). The order was served on plaintiff at his address of record.

    More than the allotted time has elapsed and plaintiff has not responded to the court's order in any manner. Accordingly, this entire action is dismissed for plaintiff's failure to file an amended complaint.

    **IT IS THEREFORE ORDERED** that this action is **DISMISSED** for the failure of plaintiff to file an amended complaint.

    **IT IS FURTHER ORDERED** that the clerk shall **ENTER JUDGMENT** accordingly and close this case.

    DATED this __ 1st day of June, 2012.

                                                   UNITED STATES DISTRICT JUDGE